**Order filed April 30, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00271-CR

_____

**CARLA NICOLE POTTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No, 14
Harris County, Texas
Trial Court Cause No. 1819033**

---

## ABATEMENT ORDER

The clerk's record in this appeal was filed April 24, 2013. According to the record, the trial court certified that appellant has the right to appeal. With her notice of appeal filed March 18, 2013, appellant represented to the court that she is indigent and requested the appointment of counsel. To date, this court has not been notified that appellate counsel has been appointed. Accordingly, we issue the following order.

We **ORDER** the judge of the County Criminal Court at Law No. 14 to

consider appellant's request for appellate counsel and immediately conduct a hearing, if necessary, at which appellant, appellant's counsel, if any, and counsel for the State shall participate, to determine whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. The judge shall appoint appellate counsel for appellant, if necessary. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the trial court's order or findings on the appointment of counsel. These records shall be filed with the clerk of this court on or before **May 29, 2013.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the records ordered herein are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

2